IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| KRAIG COBURN,<br>  Plaintiff,<br><br>v.<br><br>HUGHES, MARTINI & ASSOCIATES, LLC,<br>  Defendant. | CASE NO.: 24-00025 LEW__ |

## CONDITIONAL NOTICE OF DISMISSAL

Plaintiff Kraig Coburn ("Plaintiff"), by and through his undersigned counsel, files the following notice of dismissal:

1. The parties have reached a settlement in principal which purports to resolve their differences.
2. Plaintiff does not expect to file an Answer.
3. Plaintiff expects that upon consummation of settlement the case can be dismissed.
4. Plaintiff respectfully requests this honorable court refrain from closing the case until July 1, 2024 to ensure the matter is fully resolved.

Dated at Portland, Maine, this 10th day of April 2024.

              LAW OFFICE OF J. SCOTT LOGAN, LLC

              By: */s/ J. Scott Logan*
              J. Scott Logan, Esq.
              Counsel for Plaintiff
              75 Pearl Street, Ste. 211
              Portland, Maine 04101

              (207) 699-1314