UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| KRAIG COBURN | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:24-cv-00025-LEW |
| | ) | |
| HUGHES MARTINI & ASSOCIATES LLC | ) ) | |

## ORDER OF DISMISSAL

This action having been reported settled by counsel on April 16, 2024, and counsel having failed to file the papers necessary to terminate the action as of record;

Now therefore, pursuant to Local Rule 41.1(a) this action is DISMISSED with prejudice and without costs, subject to the right of any party to move to reinstate the action within one year if the settlement is not consummated.

/s/ Lance E. Walker
Chief U.S. District Judge

Dated this 8th day of July, 2024.